UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CRAIG ANDRE SMITH,

    Plaintiff,

v.                                     Case No. 5:23-cv-43-TKW-MJF

CENTURION,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff Craig Andre Smith, proceeding *pro se*, initiated this action on February 16, 2023, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. At the time, Smith was incarcerated at the Jackson Correctional Institution. *Id.* at 1-2. Smith claimed that Defendant Centurion failed to provide him proper medical care for an eye condition, in violation of the Eighth Amendment. Doc. 1 (Compl.); Doc. 5 (Am. Compl.).

On May 3, 2023, the undersigned ordered Smith to correct deficiencies in his amended complaint by filing a second amended complaint, or alternatively, to file a notice of voluntary dismissal. *See*

Doc. 12. The undersigned set a compliance deadline of June 2, 2023, and warned Smith that failure to comply with the order likely would result in dismissal of this action for failure to prosecute, failure to comply with an order of this court, and/or failure to state a claim upon which relief may be granted. *Id*. at 11.

At Smith's request, the undersigned extended Smith's deadline to August 1, 2023. Doc. 19. To date, Smith has not complied with the order dated May 3, 2023, and has not responded to the 14-day show cause order issued on August 10, 2023. *See* Doc. 21.

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with orders of this court.[1]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 18th day of September, 2023.

---

[1] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

### NOTICE TO THE PARTIES

The District Court referred this case to the undersigned to address all preliminary matters and to make recommendations regarding dispositive matters. *See* N.D. Fla. Loc. R. 72.2; *see also* 28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen (14) days of the date of the report and recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.